IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.<br><br>    Respondents. | No. C07-04692 MJJ<br><br>**ORDER TO SHOW CAUSE** |

### INTRODUCTION

Petitioner, a prisoner detailed at Santa Clara County Main Jail under the custody of the Department of Homeland Security's Immigration and Customs Enforcement, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention. It does not appear from the face of the petition that it is without merit.

Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of this Order, the petition, and all attachments thereto, upon Respondents and Respondents' attorneys, the United States Attorney for the Northern District of California, and the Attorney General for the State of California. The Clerk shall also serve a copy of this Order upon petitioner.

2. Respondents shall file with this Court and serve upon Petitioner, **within thirty (30) days of the issuance of this Order**, an Answer showing cause why a writ of habeas corpus should not be issued. The Respondents shall file and serve with the answer a copy of all documents that are

1  relevant to a determination of the issues presented by the petition.

2       3.      If Petitioner wishes to respond to the Answer, Petitioner shall do so by filing a
3  Traverse with the Court and serving it on Respondents **within fifteen (15) days of the filing the**
4  **Answer**.  Should Petitioner fail to do so, the petition will be deemed submitted and ready for
5  decision fifteen (15) days after the date Petitioner is served with Respondents' Answer.

6       4.      Extensions of time are not favored, though reasonable extensions will be granted.
7  Any motion for an extension of time must be filed no later than five (5) days prior to the deadline
8  sought to be extended.

10 **IT IS SO ORDERED.**

13 Dated: September 28, 2007                                    _____
                                                                MARTIN J. JENKINS
14                                                              UNITED STATES DISTRICT JUDGE