**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF,<br><br>    Defendant.<br>_____/ | No. C07-04692 MJJ<br><br>**FURTHER ORDER TO SHOW CAUSE AND ORDER RE: SANCTIONS** |

On September 12, 2007, Petitioner, a prisoner at the Santa Clara County Main Jail under the custody of the Department of Homeland Security's Immigration and Customs Enforcement, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), challenging his detention. The Petition named four Respondents: (1) Michael Chertoff, Secretary of the Department of Homeland Security, (2) Edward C. Flores, Chief of Correction, Santa Clara County, Department of Correction, (3) Nancy Alcantar, Field Office Director, Office of Detention and Removal, Immigration and Customs Enforcement, and (4) Alberto R. Gonzales, U.S. Attorney General.

On September 28, 2007, this Court issued an Order to Show Cause, ordering Respondents to file and serve, within 30 days, an answer to the petition. The Court's Order to Show Cause directed the Clerk of this Court to serve a copy of the Order to Show Cause, together with the Petition, upon Respondents as well as the United States Attorney for the Northern District of California and the Attorney General for the State of California. The Court's file for this matter contains certified mail receipts that document the Clerk's service of the Order to Show Cause, in early October 2007, consistent

with this Court's directive.

No Respondent filed an Answer within the 30 day time period established by the Order To Show Cause. On January 1, 2008, Petitioner filed a motion for default judgment ("Motion"), attached to which is a proof of service indicating that Petitioner's counsel served the Motion on the U.S. Attorney for the Northern District of California. To date, no Respondent has appeared in this action nor filed any response to the Petition or the Motion.

Good cause appearing therefor, the Court **ORDERS** that Respondents shall, **within twenty (20) days of the issuance of this Order**: (1) show good cause, in writing, why no Answer has been filed to date, and why any tardy filing in response to the Petition should be considered at this point; (2) file an Answer to the Petition, and (3) file an opposition or statement of non-opposition to the Motion.

**Failure to comply with this Order may result in the imposition of sanctions, including monetary sanctions and the Court's evaluation of the merits of the Petition without further opportunity for briefing by Respondents**.

The Clerk of the Court shall serve, by certified mail, a copy of this Order upon Respondents, upon the United States Attorney for the Northern District of California, and upon the Attorney General for the State of California.

**IT IS SO ORDERED.**

Dated: April 3, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE