Law Office of
Martin Resendez Guajardo, P.C.
555 Clay Street
San Francisco, California 94111
T: (415) 398-3852
F: (415) 296-8730

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAINENDRA PRASAD SHARMA,
Agency No.: A71-944-881,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, *et al.*

    Respondents

4:07-cv-04692-CW

SUBSTITUTION OF ATTORNEY FOR PETITIONER

MAY IT PLEASE THE COURT:

    COMES NOW, Petitioner, hereby moving the Court to substitute Teresa Salazar-Cosmos, Esquire, 555 Clay Street, San Francisco, California 94111, as his attorney of record in this matter in lieu of Martin Resendez Guajardo. Ms. Salazar-Cosmos is returning from maternity leave and is taking over responsibility for the case. The Petitioner has been advised of this substitution and consents thereto. Martin Resendez Guajardo respectfully requests permission to withdraw as counsel of record in this matter.

I remain, respectfully yours,

1

I consent to the above substitution:

April 16, 2008

/s Martin Resendez Guajardo

_____

MARTIN RESENDEZ GUAJARDO

Above substitution accepted:

April 16, 2008

s/ Teresa Salazar-Cosmos

_____

TERESA SALAZAR-COSMOS
Counsel for the Petitioner
P.O. Box 2087
San Francisco, California 94126
T: (415) 398–3852
F: (415) 296–8730

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Melanie Lea Proctor
United States Attorney's Office
Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
(415) 436-6730
Fax: (415) 436-6927
Email: Melanie.Proctor@usdoj.gov


s/Teresa Salazar-Cosmos

_____
TERESA SALAZAR-COSMOS
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,<br>Agency No.: A71-944-881,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, *et al.*<br><br><br>    Respondents | 4:07-cv-04692-CW |

PROPOSED ORDER

Petitioner in the above-entitled cause, through counsel, moves for substitution of counsel. The motion is granted. Teresa Salazar-Cosmos of the Law Office of Martin Resendez Guajardo, 55 Clay Street, San Francisco, California 94111, T: (415) 398-3852; F: (415) 296-8730, teresa@guajardolaw.com, California Bar No.: 194050, will now serve as counsel to the Petitioner in this cause.

It is further ordered that counsel Martin Resendez Guajardo is hereby relieved of any future professional responsibilities to the Petitioner other than providing access to any and all materials which are necessary to represent Plaintiffs in this matter and which are within their possession to substituted counsel.


SIGNED AND ENTERED:_____


_____
HONORABLE JUDGE CLAUDIA WILKEN