UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,<br>Agency No.: A71-944-881,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, *et al.*<br><br>  Respondents. | 4:07-cv-04692-CW |

MOTION TO DISMISS HABEAS PETITION FOR MOOTNESS

  COMES NOW, Petitioner Jainendra Prasad Sharma, Petitioner in the above-captioned matter, moving this Honorable Court for dismissal of this cause due to mootness. It is axiomatic that federal courts are courts of limited jurisdiction. The Constitution restricts this Court to the adjudication of "cases" or "controversies." U.S. Const. Art. III § 2; *Allen v. Wright*, 468 U.S. 737, 750 (1984). The mootness doctrine, which is a subset of the Article III "justiciability" requirement, demands that a case present a live case or controversy at all times during the pendency of the case. *Burke v. Barnes*, 479 U.S. 361, 363 (1987).

  On September 12, 2007, the Petitioner through counsel filed the instant Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241. Many months after filing this petition for a writ of habeas corpus, the Petitioner was released by the Respondent and his agents on an order of supervision. *Copy of "Order of Supervision" attached as exhibit.* As a result, there is no longer a case or controversy and the petition is moot, as the sole issue being challenged was the Petitioner's continued detention.

In light of the foregoing, the Petitioner respectfully requests that the Honorable Judge dismiss the petition for mootness in light of his release from custody, the sole issue being challenged in the habeas petition. This motion is being filed electronically, as well as by facsimile on the Respondent's counsel.

I remain, respectfully yours,


/s/ Teresa Salazar-Cosmos


_____
TERESA SALAZAR-COSMOS
P.O. Box 2087
San Francisco, California 94126
T: (415) 398-3852
F: (415) 296-8730
Counsel for Petitioner

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April 2008 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing. The motion was also served on Respondent's Counsel by Facsimile at (415) 436-6927:

(1) MOTION TO DISMISS HABEAS PETITION FOR MOOTNESS; and

(2) PROPOSED ORDER.


/s/ Teresa Salazar-Cosmos

_____
TERESA SALAZAR-COSMOS
Attorney for Petitioner

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

# Order of Supervision

Name: **SHARMA, Jainendra Prasad**

File No: A71 944 881
Date: **March 12, 2008**

On **May 27, 1995**, you were ordered:
(Date of final order)

[X] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
[ ] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

[X] That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

[X] That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

[X] That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

[X] That you do not travel outside **The State of California** for more than 48 hours without first
     (Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

[X] That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

[X] That you report in person **once every 6 months** to this Service office at: **5th floor, 630 Sansome St. (Mon-Weds. 0745-1500) (Deportation Section, Window A) San Francisco, CA 94111** unless you are granted written permission to report on another date.

[ ] That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

[X] Other: **Comply with the conditions of the Intensive Supervision Appearance Program (ISAP).**

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_Anthony M. Aiello_
(Signature of INS official)

**Assistant Field Office Director**
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

hereby acknowledge that I have (read) (had interpreted and explained to me in the **ENGLISH** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____         _____         3/12/08
(Signature of INS official serving order)         (Signature of alien)                          Date

Form I-220B(Rev. 4/1/97)N

**U.S. Department of Homeland Security**
Immigration and Customs Enforcement

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| SHARMA, Jainendra Prasad | A71 944 881 | March 12, 2008 |

*Alien's Signature*

**Alien's Address**

Shavila Singh (USC spouse)
4856 El Grande Place
El Sobrante, CA 94803

Alien's Telephone Number (if any)
(510) 377-3522
(650) 740-2247

RIGHT INDEX PRINT

**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
|  |  |  |

Signature

Title: Assistant Field Office Director

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

**Order of Supervision-Addendum**

File No: A71 944 881
Date: March 12, 2008

Name: SHARMA, Jainendra Prasad

[X] That you do not associate with criminals or members of a gang that is known to be involved in criminal activity.

[ ] That you register in a substance abuse program within 14 days and provide Immigration and Customs Enforcement (ICE) with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, the duration and objectives of the program, and the name of a program counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency/agencies and provide ICE with written proof of such registration within 10 days.

[X] That you do not commit any crimes or be associated with any criminal activity while on this Order of Supervision.

[ ] That you report to a parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] You must follow all reporting and supervision requirements as mandated by the parole or probation officer.

[X] That you continue to follow any prescribed doctor's orders whether medical or psychological, including taking prescribed medications.

[X] That you make good faith and timely efforts to obtain a travel document and assist ICE in obtaining a travel document.

[X] That you submit a complete application for a travel document to all appropriate Embassies or Consulates, including those representing the countries of ____Fiji____. You must present ICE with evidence that each Embassy or Consulate to which you apply has received your request and all required documents. This may be done, for example, by mailing your application(s) with a request for return receipt and providing the signed return receipt to ICE, by obtaining a tracking number when you mail your application(s) and providing the number to ICE, or by submitting written confirmation of receipt issued by the Embassy or Consulate.

[X] That you submit your application(s) for a travel document to all appropriate Embassies or Consulates and provide proof of receipt to ICE on or before.

[X] That you provide ICE a copy of your application(s) for a travel document that you submit to any Embassy or Consulate, including all supporting documents, photos, and other items provided to the Embassy or Consulate to support your application(s).

[X] That you provide ICE a copy of all correspondence related to your travel document application(s) that you send to, or receive from, an Embassy or Consulate.

[X] That you contact the Embassy or Consulate within 21 calendar days of making your application(s) to confirm that the information you provided is sufficient.

[X] That you comply with any requests from an Embassy or Consulate for an interview and make good faith efforts to submit further documentation if required by the Embassy or Consulate.

[X] Every time you report in person under this order of supervision, you must inform the local ICE office of all actions you have taken to obtain a travel document. You must provide any available written documentation to ICE regarding these actions and the status of your travel document application(s).

[X] That you provide ICE, upon request, with any and all information relevant to application(s) for a travel document. This may include, but is not limited to, information regarding your family history, including dates of birth, nationalities, addresses, and phone numbers as requested for such persons, whether in your country of nationality and/or citizenship or elsewhere, and your past residences, schools attended, etc.

[X] You will participate in a supervised release program, as described in the attached document. You will comply with the rules and requirements of this program, and cooperate with its administrators.

I agree to comply with the rules, requirements, and administrators in the supervised release program described in the attached document.

Alien's signature _____ Date 3/12/08

[X] Other. "Comply with all requirements of the Intensive Supervision Appearance Program (ISAP)."
500 Sansome St. Suite 500, San Francisco, CA 94111

Any violation of any of the above conditions may result in a fine, more restrictive release conditions, return to detention, criminal prosecution, and/or revocation of your employment authorization document.

---

**Alien's Acknowledgement of Conditions of Release under an Order of Supervision**

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **English** language) the contents of this order and addendum, a copy of which has been given to me. I understand that failure to comply with the terms of this order and addendum may subject me to a fine, more restrictive release conditions, detention, criminal prosecution, and/or revocation of my employment authorization document.

_____ 1254         _____         3/12/08
(Signature of ICE official serving order)    (Signature of alien)               (date)

Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).

Updated 4/25/2005

# Enhanced Supervision and Reporting Program

## Participant Handbook

Provided to: Jainendre Sharma

By: [signature]

Date: 3-12-2008

## Notes

## General Rules of Conduct

You will be expected to be at your residence and should expect unannounced home visits. You must be home when your Supervision Specialist arrives.

You must ask ICE for permission to change your address. You are not permitted to change your address without ICE approval.

Any breach of these rules will result in a violation and will be reported to ICE.

## Grievances

Any grievance can be reported to the Office Manager at your local office who will ensure it is fully investigated.

A confidential grievance form can be requested from each office.

You will be notified whether the grievance is founded or unfounded and that action has been taken. Due to confidentiality requirements you will not be notified of any staff disciplinary proceedings.

## Welcome

### Enhanced Supervision Reporting Program Means to You:

You have been approved for the Enhanced Supervision Reporting program as an alternative to detention. It is important that you fully comply with the program and that you do not break the rules. If you break the rules the information is provided to Immigration and Customs Enforcement and this may result in your detention.

We are here to help you through the immigration process, to ensure that you have the correct information for your court hearings and to help you get your travel documents in order to help you return to your home country safely if that is what the court decides.

Our staff is here to ensure you complete the program successfully and that any questions related to Enhanced Supervision Reporting are answered. We will also provide you with a list of local Pro-Bono legal advisers who can assist you with your application.

You will be required to visit the ESR office on a regular basis. Your Supervision Specialist will advise you how often. You will be provided with an appointment card.

Your Supervision Specialist will make unannounced visits to your residence to verify the information you have provided, to check on equipment (if it is installed) and to identify any changes to your circumstances.

You will be placed on an electronic monitoring program which will consist of either telephonic reporting (call and report in by telephone); curfew monitoring (you will be required to wear an ankle bracelet and have a monitoring system at home); or GPS tracking (you will wear an ankle bracelet and all your movements will be tracked).

You will receive a separate document outlining the rules for the technology that you are required to comply with.

### General Rules of Conduct

You must comply with the conditions of your release as instructed by ICE and the supervision requirements required for participation in this program.

You must notify your Supervision Specialist in the event of an emergency.

You must not violate the rules of the program or break the law.

You must attend all scheduled visits.

You must comply with all requests for documentation.

You must notify your Supervision Specialist at least 48 hours in advance if you are unable to attend an office visit. Office visits are mandatory and appointments can only be rescheduled in the event of an emergency.

Your Supervision Specialist will make every effort to make appointments at convenient times but this cannot be guaranteed.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JAINENDRA PRASAD SHARMA,
Agency No.: A71-944-881,

    Petitioner,

v.

MICHAEL CHERTOFF, Secretary,
Department of Homeland Security, *et al.*

    Respondents.

4:07-cv-04692-CW

PROPOSED ORDER

Based upon the Motion To Dismiss Habeas Petition For Mootness and the Petitioner's release from custody, it is hereby ordered that the instant matter be dismissed without prejudice.

DATED this _____ day of _____, 2008.

_____
HONORABLE JUDGE CLAUDIA WILKEN