**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-1362
Facsimile: (415) 703-1234
E-Mail: Peggy.Ruffra@doj.ca.gov

April 14, 2008

The Honorable Claudia Wilken
United States District Court Judge
 for the Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612

RE:  *Sharma v. Chertoff, et al.*
     No. C 07-4692 CW

FILED
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Judge Wilken:

On April 3, 2008, the Court issued an Order to Show Cause regarding the failure of the respondents in this case to respond to an earlier Order to Show Cause requiring an answer to the petition challenging Sharma's detention pursuant to 28 U.S.C. § 2241. The Court served, among others, the California Attorney General. We did not respond to the Court's original order because we do not represent any of the four named respondents, which include Michael Chertoff, Secretary of the Department of Homeland Security; Edward C. Flores, Chief of Correction for Santa Clara County; Nancy Alcantar, Field Office Director of the Office of Detention and Removal for Immigration and Customs Enforcement; and Alberto R. Gonzales, United States Attorney General. Accordingly, we do not intend to make an appearance in this case.

Sincerely,

*Peggy Ruffra*

PEGGY RUFFRA
Supervising Deputy Attorney General

For   EDMUND G. BROWN JR.
      Attorney General

cc:   Martin Resendez Guajardo
      United States Attorney for the
        Northern District of California
      County Counsel of Santa Clara County