IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,<br>Agency No.: A71-944-881,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, *et al.*<br><br><br>    Respondents | 4:07-cv-04692-CW |

P~~ROPOSED~~ ORDER

Petitioner in the above-entitled cause, through counsel, moves for substitution of counsel. The motion is granted. Teresa Salazar-Cosmos of the Law Office of Martin Resendez Guajardo, 55 Clay Street, San Francisco, California 94111, T: (415) 398-3852; F: (415) 296-8730, teresa@guajardolaw.com, California Bar No.: 194050, will now serve as counsel to the Petitioner in this cause.

It is further ordered that counsel Martin Resendez Guajardo is hereby relieved of any future professional responsibilities to the Petitioner other than providing access to any and all materials which are necessary to represent Plaintiffs in this matter and which are within their possession to substituted counsel.

                                4/18/08
SIGNED AND ENTERED:_____


_____
HONORABLE JUDGE CLAUDIA WILKEN