```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAINENDRA PRASAD SHARMA,   )<br>  )<br>    Petitioner,   )<br>  )<br>    v.   )<br>  )<br>MICHAEL CHERTOFF; EDWARD C. FLORES )<br>NANCY ALCANTAR; ALBERTO R.   )<br>GONZALES,   )<br>  )<br>    Respondents.   ) | No. C 07-4692-CW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

## I. INTRODUCTION

The respondents, Michael Chertoff, Edward C. Flores, Nancy Alcantar, and Michael Mukasey[1], hereby respond to the Court's Further Order to Show Cause, which was e-filed on April 3, 2008 and served on our office on April 10, 2008.

## II. DISCUSSION

The U.S. Attorney's Office has searched its case tracking system and there is no record of our having received any document or filing in the above-captioned case until we received this Court's "Further Order to Show Cause and Order Re: Sanctions" by certified mail on April 10, 2008.

When an immigration case of any kind is served on our office, the complaint or habeas petition

---

[1] The current Attorney General of the United States is Michael Mukasey.

RESPONSE TO OSC
C 07-4692-CW

is referred to our office's immigration paralegal, Tiffani Chiu, who opens a civil file and enters the case into our office's case tracking system. Declaration of Edward A. Olsen ¶ 2. The case is then assigned to an Assistant United States Attorney by the Civil Chief, Joann Swanson, or the Deputy Civil Chief, Sara Winslow. *Id.*

Our office has no record of having received the habeas petition that was filed in this case, despite the fact that the certificate of service that is attached to the habeas petition reflects that the habeas petition was served on our office on September 12, 2007, by certified mail. Olsen Declaration ¶ 3. Our office also has no record of having received this Court's first Order to Show Cause, which was e-filed on the Court's ECF system on September 28, 2007, although we recognize that, in this Court's Further Order to Show Cause, the Court states that "[t]he Court's file for this matter contains certified mail receipts that document the Clerk's service of the Order to Show Cause, in early October 2007, consistent with this Court's directive." Olsen Declaration ¶ 4.

The first document our office has any record of receiving in this case was the Court's "Further Order to Show Cause and Order Re: Sanctions," which was served on our office by certified mail on April 10, 2008.[2] Olsen Declaration ¶ 6. Upon receipt of the Court's "Further Order to Show Cause and Order Re: Sanctions" on April 10, 2008, our office's immigration paralegal, Tiffani Chiu, reviewed our office's case tracking system and could not locate the above-captioned case. Olsen Declaration ¶ 7. Also upon receipt of the Court's "Further Order to Show Cause and Order Re: Sanctions," I spoke to Ms. Chiu, and all of the Assistant United States Attorneys who handle immigration cases – Ila Deiss, Melanie Proctor and Sara Winslow (the Deputy Chief who supervises the Assistant United States Attorneys in our office who handle immigration cases) -- and none of us has any record or recollection of being served with any documents in the above-captioned case prior to service of this Court's Further Order to Show Cause on April 10, 2008.

---

[2]Because the respondents have not, until today, filed a notice of appearance or responsive pleading of any kind, the U.S. Attorney's Office is not listed as attorney of record for the respondents on the Court's ECF system and, accordingly, was not served with any of the filings in this case via the ECF system. For example, our office was not served with the petitioner's motion for default judgment on January 2, 2008, because that document was e-filed and the certificate of service does not reflect that a paper copy was served on our office.

RESPONSE TO OSC
C 07-4692-CW

1  Olsen Declaration ¶ 8.

2  It is of course our practice to respond promptly to any Order to Show Cause issued by this
3  Court and we would have promptly responded to both the habeas petition and the Court's first
4  Order to Show Cause if we were aware that these documents had been filed or issued. Olsen
5  Declaration ¶ 5. We hope the Court will accept our explanation for not responding promptly to the
6  habeas petition and this Court's first Order to Show Cause, and respectfully ask this Court to
7  discharge the Order to Show Cause.

8  The petitioner was released from the custody of the United States Immigration and Customs
9  Enforcement on March 12, 2008, and the petitioner has asked this Court to dismiss his petition for
10 writ of habeas corpus. The respondents have no opposition to the petitioner's motion to dismiss
11 his habeas petition.

14 Dated: April 21, 2008                    Respectfully submitted,

15                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney

17                                               /s/
                                            EDWARD A. OLSEN
18                                          Assistant United States Attorney
                                            Attorneys for Respondents

RESPONSE TO OSC
C 07-4692-CW

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAINENDRA PRASAD SHARMA, ) | No. C 07-4692-CW |
| Petitioner, ) | |
| v. ) | **DECLARATION OF EDWARD A.** |
| MICHAEL CHERTOFF; EDWARD FLORES; ) | **OLSEN** |
| NANCY ALCANTAR; ALBERTO R. ) | |
| GONZALES, ) | |
| Respondents. ) | |

Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and was assigned *Sharma v. Gonzales*, No. C 07-4692-CW on April 11, 2008. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2. When an immigration case of any kind is served on our office, the complaint or habeas petition is referred to our office's immigration paralegal, Tiffani Chiu, who opens a civil file and enters the case into our office's case tracking system. The case is then assigned to an Assistant United States Attorney by the Civil Chief, Joann Swanson, or the Deputy Civil Chief, Sara Winslow.

3. Our office has no record of having received the habeas petition that was filed in this case,

OLSEN DECLARATION
C 07-4692-CW

1 | despite the fact that the certificate of service that is attached to the habeas petition reflects that the habeas petition was served on our office on September 12, 2007, by certified mail.

4. Our office also has no record of having received this Court's first Order to Show Cause, which was e-filed on the Court's ECF system on September 28, 2007, although we recognize that, in this Court's Further Order to Show Cause, the Court states that "[t]he Court's file for this matter contains certified mail receipts that document the Clerk's service of the Order to Show Cause, in early October 2007, consistent with this Court's directive."

5. It is of course our practice to respond promptly to any Order to Show Cause issued by this Court.

6. The first document our office received in this case was the Court's "Further Order to Show Cause and Order Re: Sanctions," which was served on our office by certified mail on April 10, 2008.[1]

7. Upon receipt of the Court's "Further Order to Show Cause and Order Re: Sanctions" on April 10, 2008, our office's immigration paralegal, Tiffani Chiu, reviewed our office's case tracking system and could not locate the above-captioned case.

8. Also upon receipt of the Court's "Further Order to Show Cause and Order Re: Sanctions," I spoke to Ms. Chiu, and all of the Assistant United States Attorneys who handle immigration cases – Ila Deiss, Melanie Proctor and Sara Winslow (the Deputy Chief who supervises the Assistant United States Attorneys in our office who handle immigration cases) -- and none of us has any record or recollection of being served with any documents in the above-captioned case prior to this Court's Further Order to Show Cause on April 10, 2008.

9. We hope the Court will accept our explanation for not responding promptly to the habeas petition and this Court's first Order to Show Cause, and respectfully ask this Court to discharge the Order to Show Cause.

---

[1] Because the respondents have not, until today, filed a notice of appearance or responsive pleading of any kind, the U.S. Attorney's Office is not listed as attorney of record for the respondents on the Court's ECF system and, accordingly, was not served with any of the filings in this case via the ECF system.

OLSEN DECLARATION
C 07-4692-CW

1
2   I declare under penalty of perjury that the foregoing is true and correct and that this declaration
3  was executed under the laws of the United States on this 21st day of April 2008, in San Francisco,
4  California.
5                                                      /s/
6                                           EDWARD A. OLSEN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

OLSEN DECLARATION
C 07-4692-CW