IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAINENDRA PRASAD SHARMA,

    Plaintiff,

  v.

MICHAEL CHERTOFF, et al.,

    Respondents.

No. C 07-4692 CW

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

    Petitioner has filed a motion to dismiss his habeas petition for mootness.  Respondent does not oppose the motion.  For good cause shown, the motion to dismiss is granted.  (Docket no. 10.)

    The petition for a writ of habeas corpus is DISMISSED with prejudice.  The April 3, 2008, Order to Show Cause is vacated.

    Judgment shall be entered accordingly and each party shall bear its own costs.  The Clerk of the Court shall close the file and terminate all motions and hearings.

    IT IS SO ORDERED.

4/24/08

Dated _____

    CLAUDIA WILKEN
    United States District Judge